THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ROCCO PIRO, Appellant.

Argued December 2, 1938; decided January 3, 1939.

*Francis T. Findlay* for appellant.
*Raymond A. Knowles, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.